IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-                                              Criminal No.: 06-798-01 (KSH)

MICHAEL BAKHTIAR                                       ORDER
------------------------------------------------------X

**THIS MATTER** having been opened to the Court upon an application by defendant Michael Bakhtiar, by the Law Offices of Stephen Turano, Esq., for an Order terminating the terms of supervised release, and the Court having considered the submissions and arguments of the parties; and it appearing that Senior United States Probation Officer Edward Irving and AUSA Ronnell Lee Wilson have consent to defendant's request; and for good and sufficient cause shown;

IT IS on this ___7th___ day of May __, 2012, ORDERED that:

Michael Bakhtiar's term of supervised release is hereby terminated.

_____
Katherine S. Hayden, U.S.D.J.